IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JODY SCHERWINSKI,

                    Plaintiff,

        v.
                                                    Case No. 17-cv-532-wmc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

                    Defendant.

JUDGMENT IN A CIVIL CASE

        IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant affirming the decision of the defendant Nancy A. Berryhill, Acting

Commissioner of Social Security, and dismissing this case.

| | |
|---|---|
| s/ V. Olmo, Deputy Clerk | 5/14/2019 |
| Peter Oppeneer, Clerk of Court | Date |